

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00166-CV

## IN RE MAE ETHEL HARPER WYATT

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
  (Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed June 15, 2016
[OT06]

